JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

Tori Darrell Jones

        Plaintiff,

v.

Los Angeles Auto Wholesalers and
Recovery Services, Inc

        Defendants.

Case No.  CV 17-01498-AB (FFMx)

ORDER DISMISSING CIVIL ACTION

     THE COURT having been advised that the above-entitled action has been settled;

     IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **14  days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  May 10, 2018

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE